IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Cambodia Taxi, LLC                :
                                      :
           v.                    : No. 2033 C.D. 2015
                                        : Submitted: June 17, 2016
Philadelphia Parking Authority,     :
               Appellant        :

BEFORE:    HONORABLE MARY HANNAH LEAVITT, President Judge
                 HONORABLE PATRICIA A. McCULLOUGH, Judge
                 HONORABLE DAN PELLEGRINI, Senior Judge

OPINION NOT REPORTED

MEMORANDUM OPINION BY
SENIOR JUDGE PELLEGRINI                 FILED: July 11, 2016

       The Philadelphia Parking Authority (Authority) appeals from an order of the Court of Common Pleas of Philadelphia County reversing the Philadelphia Parking Authority Taxicab and Limousine Division's (Hearing Officer's) order granting the Authority's motion to amend owner citation T-14536 against Cambodia Taxi, LLC to include a violation of 52 Pa. Code §1017.24 because the Hearing Officer did not have jurisdiction and authority to amend a citation after the citation was issued.

       While this case involves a different citation and different owner, the underlying facts are the same and the issues are identical to those we resolved in *Yellow 2000 of Philadelphia v. Philadelphia Parking Authority* (Pa. Cmwlth., No. 2036 C.D. 2015, filed July 11, 2016), where we held that the Hearing Officer did

have the authority to amend the citation in those circumstances. For the same reasons set forth in that opinion, we reverse.


                            _____
                            DAN PELLEGRINI, Senior Judge

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Cambodia Taxi, LLC                          :
                                            :
            v.                              : No. 2033 C.D. 2015
                                            :
Philadelphia Parking Authority,             :
                    Appellant               :


# **O R D E R**


AND NOW, this 11<u>th</u> day of <u>July</u>, 2016, it is hereby ordered that the Court of Common Pleas of Philadelphia County's order dated October 2, 2015, at Case No. 02360, is reversed, and Cambodia Taxi, LLC's motion to strike portions of the Philadelphia Parking Authority's brief is denied.


_____
DAN PELLEGRINI, Senior Judge